1452

**99–1880. State v. Southall.**
Stark App. No. 1999CA0140. On motion for leave to file delayed appeal. Motion denied.

**99–1883. State v. Dawson.**
Summit App. No. 19179. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issues stated in the court of appeals' Journal Entry filed September 22, 1999, at page 3:

"Because we find our decision in this case in conflict with the decision of the Second Appellate District in *Wright* [below], we certify the following question for review:

"Do Crim.R. 33, 47 and 57(B), and applicable local rules, permit a trial court to deny a motion for leave to move for a new trial without a hearing, when that motion is premised upon:

"(1) the discovery of new evidence and is made later than one hundred twenty days after the verdict is rendered, or

"(2) being unavoidably prevented from filing the motion and is made later than fourteen days after the verdict is rendered,

"and affidavits attached to the motion for leave to move for a new trial support the assertion that the movant was unavoidably prevented from timely discovering the evidence or timely filing a motion for a new trial."

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

The conflict case is *State v. Wright* (1990), 67 Ohio App.3d 827, 588 N.E.2d 930.

**99–1900. State v. Rosario.**
Lorain App. No. 92CA005425. On motion for leave to file delayed appeal. Motion denied.

**99–1922. State v. Clark.**
Auglaize App. No. 2–99–16. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**99–1924. State v. Lankford.**
Belmont App. No. 96BA51. On motion for leave to file delayed appeal. Motion denied.

## DISCRETIONARY APPEALS ALLOWED

**99–1520. Henley v. Youngstown Bd. of Zoning Appeals.**
Mahoning App. No. 97CA249.

F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.

**99–1570. Simmerer v. Dabbas.**
Summit App. No. 18718.

MOYER, C.J., dissents.

**99–1581. State v. Posey.**
Summit App. No. 19266.

F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.

**99–1586. In re Wieland.**
Montgomery App. No. 17646.

F.E. SWEENEY and PFEIFER, JJ., dissent.

**99–1602. Rogers v. State Farm Mut. Auto. Ins. Co.**
Butler App. No. CA98–10–215. Discretionary appeal allowed and cause held for the decision in 98–2630, *Wolfe v. Wolfe*, Montgomery App. No. 17111; briefing schedule stayed.

RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.